```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
MARIA SOLANGE FERRARINI,                      :
                          Plaintiff,          :
                                              :      19 Civ. 96 (LGS)
              -against-                       :
                                              :      ORDER
IPEK IRGIT, et al.,                           :
                          Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a settlement conference before Judge Gorenstein is scheduled for December 3, 2019 (Dkt. No. 101). It is hereby

**ORDERED** that, on December 4, 2019, the parties shall jointly file a letter apprising the Court of the status of settlement negotiations and what, if any, issues remain in dispute.

Dated: November 21, 2019
    New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019