UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

---------------------------------------------------------X
                                            :

MARIA SOLANGE FERRARINI,        :

                        Plaintiff,    :              19 Civ. 96 (LGS)

                                   :

        -against-               :               ORDER

                                   :

IPEK IRGIT, et al.,                  :

                       Defendants.  :
---------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that, by December 23, 2019, the parties shall each file letters on

ECF, not to exceed five pages, providing the legal arguments as to why the at-issue bikini is

afforded protection by the Copyright Act, and is not a "useful article" that is not afforded such

protection. *See, e.g., Jovani Fashion, Ltd. v. Fiesta Fashions*, 500 F. App'x 42 (2d Cir. 2012).

Dated: December 18, 2019
       New York, New York

                                **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**