# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARIA SOLANGE FERRARINI,

                Plaintiff,                      19 **CIVIL** 96 (LGS)

      -against-                             **JUDGMENT**

IPEK IRGIT, et al.,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 17, 2021, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
         February 17, 2021

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                           **BY:**    *K. Mango*

                                                           **Deputy Clerk**